IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYLON PITCHFORD(14),<br><br>Defendant. | Case № 1:20-cr-00238-JLT-SKO<br><br>**O R D E R**<br>**APPOINTING CJA LEARNED COUNSEL**<br>-<br>**POTENTIAL DEATH PENALTY PROSECUTION** |

Upon Defendant Francis Clement's Initial Appearance September 13, 2022 qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 671 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED as follows:

1. Attorney Oliver Loewy, P.O. Box 14935, Portland, OR  97293, 208.283.5381, oliverwloewy@gmail.com shall be appointed as CJA Learned Counsel to represent Defendant WAYLON PITCHFORD, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599, effective as of the Federal Defender meeting with Mr. Loewy *after the filing of a Superseding Indictment alleging death penalty eligible charges against the Defendant*;

2. This District's $225 *pro hac vice* admission fee for their CJA appointment in this case alone is waived, provided counsel qualifies otherwise for *pro hac vice* admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's *CJA Plan*, General Order 671.

Dated: November 8, 2023 , 2023          *Sheila K. Oberto*
                                                   HONORABLE SHEILA K. OBERTO

United States Magistrate Judge