IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case № 1:20-cr-00238-JLT-SKO |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | **RECONSIDERING MOTION AND APPOINTING CJA LEARNED COUNSEL** |
| WAYLON PITCHFORD(14), | ) ) | **NUNC PRO TUNC - POTENTIAL DEATH PENALTY PROSECUTION** |
| Defendant. | ) ) | |

Upon Defendant WAYLON PITCHFORD's *Motion to Reconsider* this Court's Order (Dkt.843) appointing Oliver Loewy "*after the filing of a Superseding Indictment alleging death penalty eligible charges against the Defendant.*" as PITCHFORD's CJA Learned Counsel, this Court does **grant** the *Motion to Reconsider*, and

Upon reconsideration and considering this District's *CJA Plan* (General Order 671), and the statements of the Federal Defender as a death-qualified attorney, the case's Assistant U.S. Attorney, Federal Death Penalty Resource Counsel, and the 9th Circuit's CJA Case Budgeting Attorney, as well as the original *Motion to Appoint,* with good cause appearing,

IT IS HEREBY ORDERED amending this Court previous *Order* (Dkt. 843) by appointing ***nunc pro tunc*** to October 27, 2023 (when the Federal Defender and Mr. Loewy met about this representation) Oliver Loewy as CJA Learned Counsel to represent Defendant WAYLON PITCHFORD, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599.

IT IS SO ORDERED.

Dated:  **December 1, 2023**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE