**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email:       Mike.Long.Law@msn.com

Attorney for Defendant
WAYLON PITCHFORD

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 1:20-238 JLT |
| Plaintiff, | **WITHDRAWAL OF CJA COUNSEL MICHAEL LONG; ORDER** |
| vs. | |
| WAYLON PITCHFORD | **Judge: Jennifer L. Thurston** |
| KENNETH BASH, et al., | |
| Defendants | |

  Attorney Michael Long, along with attorney Oliver Loewy, presently represents defendant WAYLON PITCHFORD as CJA counsel. Due to a legal conflict, Mr. Long hereby requests to withdraw as counsel for Mr. Pitchford. Mr. Loewy will continue to represent Mr. Pitchford.

Dated: February 26, 2024       Respectfully submitted,

              /s/*Michael D. Long*
              By: Michael D. Long
              Attorney for Defendant
              WAYLON PITCHFORD

1  GOOD CAUSE APPEARING, attorney Michael Long is hereby permitted to withdraw
2  as counsel of record for defendant Waylon Pitchford.  IT IS SO ORDERED.
3
4
5  Dated: 2/28/24                                    /s/ Sheila K. Oberto
                                                     Sheila K. Oberto,
6                                                    United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25