Oliver W. Loewy (IL State Bar # 619709)
*Pro Hac Vice*
1022 SE 30th Avenue
Portland, Oregon 97214
(208) 283-5381
oliverwloewy@gmail.com

Attorneys for Waylon Pitchford

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) | No. 1:20-cr-00238-JLT-SKO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER SEALING |
| v. | ) | DOCUMENTS |
| | ) | |
| WAYLON PITCHFORD, et al., | ) | |
| Defendants. | ) | |
| | ) | |

Mr. Pitchford's motion to seal his Renewed Motion to Appoint Counsel is **GRANTED**.

IT IS SO ORDERED.

Dated:   **April 22, 2024**

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER SEALING DOCUMENTS - 1