UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>WAYLON PITCHFORD (14),<br><br>        Defendant. | Case No.: 1:20-cr-00238-JLT-SKO<br><br>**ORDER APPOINTING EDWARD RYMSZA**<br><br>**(Doc. 1051)** |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Considering the information set forth by Mr. Loewy and subject to his assurances (Doc. 1051), General Order 582 CJA Plan § XIV.C.1(g), and the Guide to Judiciary Policy, Vol. 7A concerning CJA appointed counsel, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Edward Rymsza, Milele & Rymsza, P.C., 125 East Third Street, Williamsport, Pennsylvania 17701, is APPOINTED as counsel to represent the defendant.

IT IS SO ORDERED.

Dated: **May 2, 2024**

_____
UNITED STATES DISTRICT JUDGE